JOHNSON & PHAM.LLP
Christopher Q. Pham. SBN: 206697
6355 Topanga Canyon Blvd., Suite 326
Woodland Hills, California 91367
Tel: (818) 888-7540 Fax: (818) 888-7544

**FILED**

2012 MAR 20 AM 9: 52

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZUMBA FITNESS, LLC, a Florida Limited Liability Company,<br><br>Plaintiff(s)<br><br>v.<br><br>WALTER PERISSUTTI, an Individual, and Does 1 to 10, Inclusive,<br><br>Defendant(s) | CASE No.  5:12-mc-4-OC-10TBS<br><br>CV 11-05347 RSWL (FMOx)<br><br>**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT** |

I _____Terry Nafisi_____, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on November 10, 2011
                                                                                                                                                    *Date*
as it appears in the record of this court, and that* *(see below)*

No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on ___3/1/2012___
                                                                                                                                    *Date*

**TERRY NAFISI**
CLERK, U.S. DISTRICT COURT

By: _____
         Deputy Clerk

* Insert the appropriate language:

"No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed."

"No notice of appeal from this judgment has been filed, any motions of the kinds listed in Rule 4(a) of the Rules of Appellate Procedure [*] have been disposed of, the latest order disposing of such a motion having been entered on [date]."

"An appeal was taken from this judgment and this judgment was affirmed by mandate of the Court of Appeals issued on [date]."

"An appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

[NOTE: The motions listed in Rule 4(a), Federal Rules of Appellate Procedure are: judgment not withstanding the verdict; amend or make additional findings of fact; alter or amend the judgment; new trial; and extension of time for filing a notice of appeal.]

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZUMBA FITNESS, LLC, a Florida Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>WALTER PERISSUTTI, an Individual, and Does 1-10, Inclusive,<br><br>Defendant. | Case No.: CV11-05347 RSWL (FMOx)<br><br>**JUDGMENT** |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

Plaintiff ZUMBA FITNESS, LLC, is hereby awarded final judgment on its claims for relief against Defendant WALTER PERISSUTTI in the sum of $430,000.00 under 15 *U.S.C.* §1117(c)(2) and 17 *U.S.C.* §504(c)(2), as the prevailing party in this action, pursuant to Rule 55(b) of the *Federal Rules of Civil*

1 *Procedure* and under Local Rule 55-1. Under Local Rule 55-3, Plaintiff is
2 awarded attorneys' fees of $5,600.00. Plaintiff is further awarded costs, pursuant
3 to the *Trademark Act* and *Copyright Act*, 17 U.S.C. §504(c), in the amount of
4 $669.31. Furthermore, Defendant is permanently enjoined and restrained from the
5 following activities and conduct and ordered as follows:
6     a) Defendant and any person or entity acting in concert with, or at the
7 direction of him, including any and all agents, servants, employees, partners,
8 assignees, distributors, suppliers, resellers and any others over which he may
9 exercise control, are hereby restrained and enjoined, pursuant to 15 *U.S.C.* § 1116,
10 from engaging in, directly or indirectly, or authorizing or assisting any third party
11 to engage in, any of the following activities in the United States and throughout the
12 world:
13     i) copying, manufacturing, importing, exporting, marketing, sale,
14 offering for sale, distributing or dealing in any product or service that uses, or
15 otherwise making any use of, any of Plaintiff's Zumba® and Zumba Fitness®
16 trademarks and copyrights, and/or any intellectual property that is confusingly or
17 substantially similar to, or that constitutes a colorable imitation of, any of
18 Plaintiff's Zumba® and Zumba Fitness® trademarks and copyrights, whether such
19 use is as, on, in or in connection with any trademark, service mark, trade name,
20 logo, design, Internet use, website, domain name, metatags, advertising,
21 promotions, solicitations, commercial exploitation, television, web-based or any
22 other program, or any product or service, or otherwise;
23     ii) performing or allowing others employed by or representing him,
24 or under his control, to perform any act or thing which is likely to injure Plaintiff,
25 any of Plaintiff's Zumba® and Zumba Fitness® trademarks and copyrights, and/or
26 Plaintiff's business reputation or goodwill;
27     iii) engaging in any acts of federal and/or state trademark and/or
28 copyright infringement, false designation of origin, unfair competition, dilution, or

1 other act which would tend damage or injure Plaintiff; and/or

2     iv) using any Internet domain name or website that includes any of
3 Plaintiff's Trademarks and Copyrights, including the Zumba® and Zumba
4 Fitness® marks.

5     b) Defendant is ordered to deliver immediately for destruction all
6 unauthorized products, including counterfeit Zumba Fitness® products and related
7 products, labels, signs, prints, packages, wrappers, receptacles and advertisements
8 relating thereto in his possession or under his control bearing any of Plaintiff's
9 intellectual property or any simulation, reproduction, counterfeit, copy or colorable
10 imitations thereof, and all plates, molds, heat transfers, screens, matrices and other
11 means of making the same, to the extent that any of these items are in Defendant's
12 possession.

13 IT IS SO ORDERED, ADJUDICATED and DECREED this 9th day of
14 November, 2011.

17 **RONALD S.W. LEW**
HON. RONALD S. W. LEW
18 Senior, U.S. District Court Judge

I hereby attest and certify on 3/1/12 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

*Luis Hernandez*
DEPUTY CLERK



1165